EDWARD A. MURPHY, RESPONDENT, v. HOMER C. ZINK, ETC., APPELLANT.

Submitted October 31, 1947—Decided January 29, 1948.

For the appellant, *Walter D. Van Riper,* Attorney-General.

For the respondent, *Millon, McNulty & Augelli (Anthony T. Augelli,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Burling in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, DONGES, HEHER, COLIE, EASTWOOD, WELLS, DILL, FREUND, MCLEAN, SCHETTINO, JJ. 10.

*For reversal*—None.